STATE v. MARK MEACHAM.

MAY TERM, 1895.

*Information. Amendment of. Practice.*

Since a state's attorney, or his successor in office, may amend an
   information in both form and substance, the supreme
   court, not being able to agree whether the information was
   sufficient, remanded it to the county court for further pro-
   ceedings.

Information for keeping a dog without license. Heard
upon general demurrer at the June term, 1894, Caledonia
county, TYLER, J., presiding. Demurrer overruled. The
respondent excepts.

*Dunnett & Nelson* for the respondent.

*W. H. Taylor*, state's attorney, for the state.

PER CURIAM. In this case the views of the judges who
heard it were such that no decision could be made in regard
to the sufficiency of the information. But, inasmuch as the
information of the state's attorney can be amended, by his
successor in office, even, both in form and in substance, the
court *pro forma* reversed the judgment of the county court
and remanded the case to be there proceeded with.